AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Account: DOGSTAR7788@HOTMAIL.COM:

**FILED**
MAY 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 05-0278M-01

(Further described below)

I   Robert Zachariasiewicz   being duly sworn depose and say:

I am a(n)   Special Agent with the Drug Enforcement Administration   and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
stored electronic communications and content for accounts
DOGSTAR7788@HOTMAIL.COM maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California
in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime,

concerning a violation of Titles   21 and 18   United States Code, Section(s)   §§952, 959, 963 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   X   YES   NO

Signature of Affiant
Robert Zachariasiewicz, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

MAY 1 1 2005

Date

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer