AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Account: DOGSTAR7788@HOTMAIL.COM

**SEARCH WARRANT**

CASE NUMBER: 05-0278M-01

TO:   Special Agent Robert Zachariasiewicz   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Robert Zachariasiewicz who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

stored electronic communications and content for accounts DOGSTAR7788@HOTMAIL.COM:, maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California.

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property)

Electronic communications and content information described in Attachment A, incorporated by reference herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   MAY 16, 2005
                                                       (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 1 1 2005  4:40 pm       at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/11/05 | 5/12/05 | MSN Hotmail Custodian of Records |

INVENTORY MADE IN THE PRESENCE OF
S/A Robert Zachariasiewicz

Case Number: 05-0278M-01

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One CD-ROM containing stored electronic communications and content from MSN Hotmail account dogstar7788@hotmail.com.

FILED
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Keri L. Jasso

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate        5-18-05
                                 Date